# SPRING SESSIONS,

# 1906.

———•———

FREDERICK P. RUHL, p. b., *vs.* GEORGE R. COOPER AND EDWARD COOPER, d. b.

*Certiorari—Justice of Peace—Report of Referees—No entry of Judgment on the Report of the Justice— Certiorari Dismissed.*

The record certified to by the Justice disclosed that the referees reported, that having heard the allegations of the parties and their proofs, and maturely considering the same, they rendered their verdict as a judgment against the plaintiff for a certain sum. There was, however, no entry of judgment by the Justice. Held that the certiorari should be dismissed on the ground that no judgment was entered by the justice on the report of the referees.

(*April* 9, 1906.)

LORE, C, J., and SPRUANCE and BOYCE, J. J., sitting:

*A. D. Marshall* for plaintiff.

*Andrew J. Lynch* for defendants.

Superior Court, Sussex County, April Term, 1906.

CERTIORARI (No. 89, April Term, 1906), to Charles G. Fisher, a Justice of the Peace in and for Sussex County.

The record of the Justice disclosed an action of assumpsit, demand $50, for balance due on rent of farm from December 20, 1904, to January 1st, 1906; trial by referees. The record set out the report of the referees as follows:

"SUSSEX COUNTY,
STATE OF DELAWARE. } ss.

"Before Charles G. Fisher, a Justice of the Peace for said county.

| | |
|---|---|
| FREDERICK P. RUHL, plaintiff, *vs.* GEORGE R. COOPER & EDWARD COOPER, defendants. | We, the subscribers appointed referees in this case by said Justice, after being sworn by him to faithfully and impartially try the cause pending between Frederick P. Ruhl, plaintiff, and George R. Cooper and |

Edward Cooper, defendants; and make a true and just report thereon, according to the evidence, after having heard the allegations of the parties and their proofs and maturely considering the same, do report that we the undersigned referees do hereby render our verdict as a judgment against Frederick P. Ruhl, for the sum of five dollars, seventy-five cents ($5.75).

"Given under our hands the 5th day of January, 1906.

<div align="right">

C. A. PRETTYMAN,
SAMUEL G. FISHER,
D. B. BOYCE."

</div>

The record further set out certain items of cost and the names of the witnesses examined on behalf of the respective parties, but there was no entry of judgment by the Justice. The certificate of the Justice that the above was a full and true transcript of all the docket entries in the above entitled cause, accompanied said record.

*Lynch,* for defendant, moved to dismiss the certiorari, on the ground that there was no judgment entered by the Justice, and therefore nothing to be certioraried.

LORE, C. J.:—The statute provides that the Justice shall enter judgment upon the report of the referees. The record discloses that no such judgment was entered. We therefore dismiss the certiorari on the ground that no judgment was entered by the Justice on the report of the referees.

<div align="right">

Certiorari dismissed.